IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Terry Marioth,                                                           Case No: 2:22-cv-47

       Plaintiff,                                         Judge Graham

   v.                                                      Magistrate Judge Vascura

Thomas Maynard, *et al.*,

       Defendants.

## Order

On February 10, 2022, the Court entered an order advising plaintiff that failure to pay the filing fee within 14 days would result in the dismissal of the suit. The Magistrate Judge issued a March 2, 2022 Report and Recommendation that the action be dismissed for failure to prosecute. Plaintiff has failed to file any objections and has not paid the filing fee.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

                                                                           s/ James L. Graham
                                                                           JAMES L. GRAHAM
                                                                           United States District Judge

DATE: March 23, 2022